UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| July 15, 2025 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERARDO LOPEZ GOMEZ,

    Defendant.

Case No. 2:25-cr-00144-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  GERARDO LOPEZ GOMEZ , Case No.  2:25-cr-00144-DC , Charge 8 USC § 1326(a) and (b)(2), from custody for the following reasons:

    __X__  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

    _____  Unsecured Appearance Bond $ _____

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    _____  (Other):

Issued at Sacramento, California on July 15, 2025, at 3:00 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire