1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  R. ALEX CÁRDENAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:25-CR-00144-DC

                          Plaintiff,         UNITED STATES' MOTION AND ORDER FOR
12                                           DISMISSAL OF CHARGE

13             v.                             [Fed R. Crim P. 48(a)]

    GERARDO LOPEZ GOMEZ,
14
                          Defendant.
15

16

17  The United States now moves to dismiss the indictment, charging Gerardo Lopez Gomez with being a

18  deported person found in the United States, in the above captioned case filed on June 12, 2025, without

19  prejudice, in the interest of justice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

20

21  Dated: July 21, 2025                          KIMBERLY A. SANCHEZ
                                                   Acting United States Attorney
22

23
                                                   */s/ R. ALEX CÁRDENAS___*
24                                                 R. ALEX CÁRDENAS

25

26

27

28


UNITES STATES'S MOTION TO DISMISS INDICTMENT           1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The court, having received, read and considered the Government's Motion to Dismiss filed on July 21, 2025 at document number 11, hereby GRANTS the Motion. Accordingly, the the Indictment in case number 2:25-CR-00144-DC, filed on June 12, 2025, is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:    **August 11, 2025**

_____
Dena Coggins
United States District Judge